JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>GENE Y JONG, Trustee of G And A Jong Trust; AUDREY JONG, Trustee of G And A Jong Trust; and Does 1-10,<br><br>    Defendants. | Case No.: 2:21-cv-00912-MWF(RAOx)<br><br>*Hon. Michael W. Fitzgerald*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

1     Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

    Plaintiff Ed Hull's action against Defendants Gene Y Jong, trustee of G And A Jong Trust; Audrey Jong, trustee of G And A Jong Trust is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: September 15, 2022

_Michael W. Fitzgerald_
Michael W. Fitzgerald
United States District Judge